FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELIA WILLIAMS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FANTASY FARMS; REGENCY NORTH POINTE; MALLON PLACE; FRANKLIN HILLS; and ALVIN WILLIAMS,<br><br>　　　　　　　　Defendants. | NO: 2:19-CV-11-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is the Report and Recommendation by Magistrate Judge John T. Rodgers dated February 12, 2019, ECF No. 5, recommending that Plaintiff Angelia Williams's complaint, ECF No. 1, be dismissed without prejudice. No objection was filed.

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Accordingly, **IT IS HEREBY ORDERED**:

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

1. The Report and Recommendation, **ECF No. 5,** is **ADOPTED** in its entirety.

2. Plaintiff's Complaint, **ECF No. 1,** is **DISMISSED without prejudice**.

3. If Plaintiff served a copy of the Complaint and Summons on any Defendant, she is required to provide them notice of this dismissal.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide a copy to Plaintiff, and **close this case**.

**DATED** February 27, 2019.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          United States District Judge